148 So. 917

**DE SOTO MOTOR CORP. v. H. C. PROPST.**

**6 Div. 470.**

Court of Appeals of Alabama.
May 9, 1933.

Chas. Denegre, of Birmingham, for appellant.

Erle Pettus, of Birmingham, for appellee.

RICE, Judge.
Affirmed.

147 So. 923

**Lee DORRILL, alias Dorrell, v. STATE.**

**4 Div. 997.**

Court of Appeals of Alabama.
April 4, 1933.

RICE, Judge.
Affirmed.

145 So. 917

**D. S. DRAKE v. CITY OF HUNTSVILLE.**

**8 Div. 673.**

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

148 So. 917

**Jack DRAKE v. STATE.**

**6 Div. 436.**

Court of Appeals of Alabama.
May 16, 1933.

BRICKEN, P. J.
Affirmed.

147 So. 923

**Iverson DUNN v. STATE.**

**2 Div. 513.**

Court of Appeals of Alabama.
March 28, 1933.

SAMFORD, Judge.
Appeal dismissed.

145 So. 917

**Tom DUNN v. STATE.**

**6 Div. 340.**

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Affirmed.

147 So. 923

**Perry DYAR v. STATE.**

**8 Div. 580.**

Court of Appeals of Alabama.
March 28, 1933.

Joe Starnes, of Guntersville, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Abated on account of death of appellant.

147 So. 923

**Aaron DYKES v. STATE.**

**1 Div. 110.**

Court of Appeals of Alabama.
March 28, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.